IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY FREEMAN,

       Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4285

Opinion filed April 8, 2016.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Gary Freeman, for Appellant.

Kenneth S. Steely, General Counsel, Tallahassee; Pamela Jo Bondi, Attorney
General, Daniel A. Johnson, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS and THOMAS, JJ., CONCUR; MAKAR, J., CONCURS WITH
WRITTEN OPINION.

Makar, J., concurring

We are required to dismiss this matter as untimely, but the transfer of Freeman during the 30-day period when he was required to pursue his appellate remedy provides him with an "alternative avenue of review." <u>Gundlah v. Moore</u>, 831 So. 2d 780, 781 (Fla. 4th DCA 2002) ("The appropriate remedy has been to dismiss the untimely appeal without prejudice, allowing the appellant to pursue relief in the lower tribunal by motion seeking to set aside the original order and requesting that a new appealable order be entered.").